IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY S. DAUBERT,<br><br>    Plaintiff,<br><br>vs.<br><br>CITY OF LINDSAY,<br><br>    Defendant. | **OLD** CASE NO.:<br>1:10-cv-01587-LJO-**SMS**<br><br>**ORDER OF RECUSAL**<br><br>**NEW** CASE NO.:<br>1:10-cv-01587-LJO-**MJS** |

It appears to the undersigned, the magistrate judge to whom this case is presently assigned, that disqualification pursuant to 28 U.S.C. § 455 is appropriate in this matter.

IT IS THEREFORE ORDERED:

1. That the undersigned recuses herself as the magistrate judge to whom this case is assigned.

2. That this case is reassigned from the docket of Magistrate Judge Sandra M. Snyder (SMS) to the docket of Magistrate Judge Michael J. Seng (MJS) pursuant to the random reassignment by the Clerk's Office.

//

/

1

3. That all future pleadings and/or correspondence must hereinafter be correctly numbered as:

**1:10-cv-01587-LJO-MJS**

The parties are herein advised that use of an incorrect case number, including the magistrate judge's initials, may result in a delay of documents being processed and copies thereof being incorrectly distributed, received, and/or calendared by the appropriate judicial officer and/or staff.

IT IS SO ORDERED.

**Dated:     October 19, 2010**                          **/s/ Sandra M. Snyder**
                                                        UNITED STATES MAGISTRATE JUDGE